UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOCIAL POSITIONING INPUT SYSTEMS LLC,

        Plaintiff,

   - against -

SPYTEC GPS, INC.,

        Defendant.

---

20-cv-6241 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should file a Rule 26(f) Report by November 6, 2020.

SO ORDERED.

Dated:    New York, New York
           October 26, 2020

                            /s/ John G. Koeltl
                            John G. Koeltl
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/26/2020